```
Peter H. Klee, State Bar No. 111707
John T. Brooks, State Bar No. 167793
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Plaintiff TRAVELERS PROPERTY AND CASUALTY COMPANY
OF AMERICA
```

**FILED**
08 JUL 30 PM 3:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut insurance company,

    Plaintiff,

v.

TRI-UNION SEAFOODS, LLC, a California limited liability company, and TRI-UNION FROZEN FOOD PRODUCTS, LLC, a California limited liability company, THAI UNION INTERNATIONAL, INC., a California corporation, EMPRESS INTERNATIONAL, LTD., a California limited company, EMPRESS INTERNATIONAL, LTD. D/B/A CHICKEN OF THE SEA FROZEN FOODS, a California limited company, EMPRESS INTERNATIONAL OF CALIFORNIA, LTD., a California limited company, and DIVERSIFIED PRODUCTS, LLC, a California limited liability company,

    Defendants.

Case No. '08 CV 1382 W RBB

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

1 |     Pursuant to Fed.R.Civ.P. 7.1 and Civil Local Rule 40.2, plaintiff Travelers Property and Casualty Company of America hereby identifies the following:

    1.    Plaintiff Travelers Property Casualty Company of America, a Connecticut Corporation, a wholly owned subsidiary of The Phoenix Insurance Company;

    2.    The Phoenix Insurance Company, a wholly owned subsidiary of The Travelers Indemnity Company;

    3.    The Travelers Indemnity Company, a wholly owned subsidiary of Travelers Insurance Group Holdings, Inc.;

    4.    Travelers Insurance Group Holdings, Inc., a wholly owned subsidiary of Travelers Property Casualty Corp.; and

    5.    Travelers Property Casualty Corp., a wholly owned subsidiary of The Travelers Companies, Inc., a publicly traded corporation.

DATED: July 29, 2008    LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
John T. Brooks
Attorneys for Plaintiff Travelers Property Casualty Company of America

101109090.1

1    NOTICE OF PARTY WITH FINANCIAL INTEREST