# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

08 JUL 30 PM 3:21

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut insurance company,

vs

TRI-UNION SEAFOODS, LLC, a California limited liability company, and TRI-UNION FROZEN FOOD PRODUCTS, LLC, a California limited liability company, THAI UNION INTERNATIONAL, INC., a California corporation, EMPRESS INTERNATIONAL, LTD.; a California limited company, EMPRESS INTERNATIONAL, LTD. D/B/A/ CHICKEN OF THE SEA FROZEN FOODS, a California limited company, EMPRESS INTERNATIONAL OF CALIFORNIA, LTD., a California limited company, and DIVERSIFIED PRODUCTS, LLC, a California limited liability company,

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 1382 W RBB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Peter H. Klee, Esq.
John T. Brooks, Esq.
LUCE FORWARD HAMILTON & SCIRPPS LLP
600 West Broadway, Suite 2600
San Diego, CA 92101
(619) 236-1414

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUL 30 2008

W. Samuel Hamrick, Jr.
CLERK                                              DATE

By  , Deputy Clerk