Peter H. Klee, State Bar No. 111707
John T. Brooks, State Bar No. 167793
Marc J. Feldman, State Bar No. 144830
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Plaintiff Travelers Property Casualty Company of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut insurance company,<br><br>Plaintiff,<br><br>v.<br><br>TRI-UNION SEAFOODS, LLC, a California limited liability company, and TRI-UNION FROZEN FOOD PRODUCTS, LLC, a California limited liability company, THAI UNION INTERNATIONAL, INC., a California limited company, EMPRESS INTERNATIONAL, LTD. D/B/A CHICKEN OF THE SEA FROZEN FOODS, a California limited company, EMPRESS INTERNATIONAL OF CALIFORNIA, LTD, a California limited company, and DIVERSIFIED PRODUCTS, LLC, a California limited liability company,,<br><br>Defendants. | Case No. 08-CV-1382 W RBB<br><br>**JOINT MOTION OF THE PARTIES TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |

Based on the following facts, plaintiff Travelers Property Casualty Company of America and defendants Tri-Union Seafoods, LLC, Tri-Union Frozen Food Products, LLC, Thai Union International, Inc., Empress International, Ltd. d/b/a Chicken Of The Sea Frozen Foods, Empress International Of California, Ltd., and Diversified Products, LLC jointly move to extend defendants' time to respond to Travelers' complaint:

1. Defendants are parties to a lawsuit filed by Contessa Premium Foods, Case No. BC347105 now pending in Los Angeles County Superior Court (the "Contessa lawsuit").

2. Travelers filed this action for declaratory relief, seeking to resolve issues concerning Travelers' duty to defend defendants in the Contessa lawsuit.

3. The Contessa lawsuit began trial in August 2008. It is estimated that the trial will last at least two months.

4. Defendants seek to focus their efforts on defending the Contessa lawsuit and prefer not to be engaged in this action simultaneously. Travelers is willing to accommodate defendants' concern and defer the need for them to respond to the complaint in this action until the Contessa trial is over.

5. Therefore, the parties have agreed that defendants' time to respond to Travelers' complaint should be extended until the earlier of (a) seven days after the jury is dismissed in the Contessa lawsuit, or (b) October 27, 2008. They further agree defendants will not claim that this extension of time has delayed resolution of this action or that they were damaged by the extension of time to respond.

6. The parties request that the Court enter an order in accordance with the parties' agreement.

DATED: 8-18, 2008        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
John T. Brooks
Attorneys for Plaintiff Travelers Property Casualty Company of America

DATED: August 18, 2008           DICKSTEIN SHAPIRO LLP

By: _____
Kenneth Remson
Attorneys for Defendants Tri-Union Seafoods, LLC, Tri-Union Frozen Food Products, LLC, Thai Union International, Inc., Empress International, Ltd. d/b/a Chicken Of The Sea Frozen Foods, Empress International Of California, Ltd, And Diversified Products, LLC

101111714.1