1  Peter H. Klee, State Bar No. 111707
   John T. Brooks, State Bar No. 167793
2  Marc J. Feldman, State Bar No. 144830
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  600 West Broadway, Suite 2600
   San Diego, California 92101-3372
4  Telephone No.: 619.236.1414
   Fax No.: 619.232.8311
5
   Attorneys for Plaintiff Travelers Property Casualty Company of America
6

7

8
                      UNITED STATES DISTRICT COURT
9
                      SOUTHERN DISTRICT OF CALIFORNIA
10

11
   TRAVELERS PROPERTY CASUALTY            Case No. 08-CV-1382 W RBB
12 COMPANY OF AMERICA, a Connecticut
   insurance company,                     **DECLARATION OF MARC J.
13                                        FELDMAN IN SUPPORT OF JOINT
           Plaintiff,                     MOTION OF THE PARTIES TO
14                                        EXTEND DEFENDANTS' TIME TO
   v.                                     RESPOND TO COMPLAINT**
15
   TRI-UNION SEAFOODS, LLC, a California
16 limited liability company, and TRI-UNION
   FROZEN FOOD PRODUCTS, LLC, a
17 California limited liability company, THAI
   UNION INTERNATIONAL, INC., a
18 California limited company, EMPRESS
   INTERNATIONAL, LTD. D/B/A CHICKEN
19 OF THE SEA FROZEN FOODS, a California
   limited company, EMPRESS
20 INTERNATIONAL OF CALIFORNIA, LTD,
   a California limited company, and
21 DIVERSIFIED PRODUCTS, LLC, a
   California limited liability company,,
22
           Defendants.
23

24

25

26

27

28

                                       1                    Case No. 08-CV-1382 W RBB

I, Marc J. Feldman, declare:

1. I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, counsel for plaintiff Travelers Property Casualty Company of America. Except as the context indicates otherwise, I have personal knowledge of the following facts.

2. Travelers filed this action for declaratory relief, seeking to resolve issues concerning Travelers' duty to defend defendants a lawsuit filed by Contessa Premium Foods, Case No. BC347105, now pending in Los Angeles County Superior Court (the "Contessa lawsuit").

3. I am informed that the Contessa lawsuit began trial in August 2008 and is estimated to last at least two months.

4. Defendants' attorney has indicated that defendants seek to focus their efforts on defending the Contessa lawsuit and prefer not to be engaged in this action simultaneously. Travelers is willing to accommodate defendants' concern and to defer the need for them to respond to the complaint in this action until the Contessa trial is over.

5. Therefore, the parties have agreed that defendants' time to respond to Travelers' complaint should be extended until the earlier of (a) seven days after the jury is dismissed in the Contessa lawsuit, or (b) October 27, 2008. They further agree that defendants will not claim that this extension of time has delayed resolution of this action or that they were damaged by the extension of time to respond.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at San Diego, California. on August __, 2008.

_____
Marc J. Feldman

101112678.1