# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>TRI-UNION SEAFOODS, LLC et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 08-CV-1382 W (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT** (Doc. No. 4) |

　　　　On June 30, 2008 Plaintiff Travelers Property Casualty Company of America ("Plaintiff") commenced this action against Defendants Tri-Union Seafoods LLC et al. ("Defendants"). On August 18, 2008 both parties moved for an extension of time to respond to the complaint, citing Plaintiff's and Defendants' current obligations in a related trial. Good cause showing, the Court hereby **GRANTS** the parties' joint motion and extends Defendants' time to respond to the earlier of: (a) seven days after the jury is dismissed in the related lawsuit, or (b) October 27, 2008.

　　　　**IT IS SO ORDERED.**

DATED: August 19, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　United States District Judge